WALTER GILBERT, *Petitioner*, v. STATE OF FLORIDA, *Respondent*.

En Banc.

Opinion filed October 10, 1929.

*Louis O. Gravely*, for Petitioner.

DAVIS, Commissioner:

This is a petition for a writ of certiorari which has been examined by the Court and found similar in all respects to the petition of Walter Gilbert v. State of Florida, which has been disposed of by opinion filed this date. The petition herein is therefore denied on authority of that case.

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered and adjudged by the

604

Court that the application for writ of certiorari herein be and the same is hereby denied.

TERRELL, C. J., AND WHITFIELD, ELLIS, STRUM, BROWN AND BUFORD, J. J., concur.